GOLRAN REALTY CORPORATION and Another v. JAMES BUTLER GROCERY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MILLER-ASCHHEIM CO., INC., v. DALTON & BALCH, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRENE COLLINS v. H. P. WRIGHT & COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOHN PATRICK WALSH v. JOHN T. KERESEY. FRANK J. MACRE, as Executor, etc., of JOHN T. KERESEY, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR A. SEIDMAN v. MOUNT HOPE FINISHING COMPANY.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JENNIE FRANK and Another v. HARTFORD ACCIDENT AND INDEMNITY COMPANY. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BERTHA KADEN v. BLUE RIDGE COAL CORPORATION and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELI BERMAN CO., INC., v. 721 FIFTH AVENUE CORPORATION and Another, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

DUFFIELD & COMPANY v. ELMER ELLSWORTH, JR., Also Known as TIFFANY THAYER, and Others, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

MARTHA S. MEDARIS v. J. CANBY MORGAN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

SARAH WEISMAN v. NATHAN SOCOL and Another, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

CLARENCE H. FAY and Another, as Substituted Trustees, etc., v. ANNE F. MOEHLENPAH.— Motion granted, with leave to plaintiffs to reply within twenty days from date of order. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

WINFIELD R. SHEEHAN v. WILLIAM FOX.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

EUGENIA B. MCCREERY v. EARL WILLIAM MCCREERY.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

VIRGINIA HARRISON GROSS v. CHRISTIAN GROSS and Others.— Motion granted. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

HARRY RITTNER and Another v. LOUIS M. KOMMEL and Another, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.